AO 442 (Rev. 01/09) Arrest Warrant

FID 11695171

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 8:53 am, Jul 17, 2024

United States of America
v.
JOSE BIAOU

*Defendant*

Case: 1:24-cr-00323
Assigned to: Judge Cooper, Christopher R.
Assign Date: 7/16/2024
Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JOSE BIAOU

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1343 (Wire Fraud);
18 U.S.C. § 641 (Theft of Government Property);
18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(A); 21 U.S.C. § 853(p); 28 U.S.C. § 2461(c)(Criminal Forfeiture)

Date: 07/16/2024

*Issuing officer's signature*

City and state: Washington, DC

Moxila A. Upadhyaya, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 7/16/2024, and the person was arrested on *(date)* 7/17/2024
at *(city and state)* Washington DC

Date: 7/17/2024

*Arresting officer's signature*

Matthew Popp   Postal Inspector
*Printed name and title*