UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 24-cr-323 (CRC) |
| JOSE BIAOU, | |
| Defendant. | |

## VERDICT FORM

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

**COUNT ONE (WIRE FRAUD):**

As to COUNT ONE, charging defendant JOSE BIAOU with Wire Fraud, we the jury find the defendant:

___✓___ Guilty          _____ Not Guilty

**COUNT TWO (WIRE FRAUD):**

As to COUNT TWO, charging defendant JOSE BIAOU with Wire Fraud, we the jury find the defendant:

___✓___ Guilty          _____ Not Guilty

**COUNT THREE (WIRE FRAUD):**

As to COUNT THREE, charging defendant JOSE BIAOU with Wire Fraud, we the jury find the defendant:

___✓___ Guilty          _____ Not Guilty

**COUNT FOUR (WIRE FRAUD):**

As to COUNT FOUR, charging defendant JOSE BIAOU with Wire Fraud, we the jury find the defendant:

__✓__ Guilty          _____ Not Guilty

**COUNT FIVE (WIRE FRAUD):**

As to COUNT FIVE, charging defendant JOSE BIAOU with Wire Fraud, we the jury find the defendant:

__✓__ Guilty          _____ Not Guilty

**COUNT SIX (WIRE FRAUD):**

As to COUNT SIX, charging defendant JOSE BIAOU with Wire Fraud, we the jury find the defendant:

__✓__ Guilty          _____ Not Guilty

With regard to Count Seven of the Indictment, only consider Count Seven of the Indictment if you have found the defendant guilty of Count Three. If you have found the defendant not guilty on Count Three, then you should not render a verdict on Count Seven of the Indictment.

**COUNT SEVEN (AGGRAVATED IDENTITY THEFT):**

As to COUNT SEVEN, charging defendant JOSE BIAOU with Aggravated Identity Theft, we the jury find the defendant:

__✓__ Guilty          _____ Not Guilty

Date: Feb 17/2026

Foreperson

2